IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff, | ) | |
| v. | ) | 1:25cv1161 |
| DIANE COOPER et al., Defendants. | ) | |

**ORDER**

On May 14, 2026, the Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Defendant Monica Overcash objected to the Recommendation. (Doc. 15.) Plaintiff filed a response to Defendant's objection. (Doc. 16.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that the motion (Doc. 9) is GRANTED IN PART AND DENIED IN PART as follows: (i) the court authorizes MetLife to deposit the Proceeds, plus applicable interest, into the Registry of the court for ultimate disposition by the court, and (ii), upon such payment, the court shall (A) dismiss MetLife

from this action, discharging it from further liability as to the deposited money; and (B) realign the parties with Cooper and Summersett as Plaintiffs and Overcash as the Defendant. The court refrains from entering default against Defendant Overcash at this time, as recommended by the Magistrate Judge's Recommendation, only because Overcash filed an objection to the Recommendation even though she has not filed an answer to the complaint. However, this decision not to enter default at this time is without prejudice to the parties seeking such further relief at an appropriate time upon motion. If Overcash wishes to participate in this litigation, she should act quickly to do so.

/s/ Thomas D. Schroeder
United States District Judge

September 24, 2026